UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20628-CIV-WILLIAMS

RODNEY FERRELL,

    Plaintiff,

vs.

MIAMI BEACH-MIAMI LGBT
SPORTS & CULTURAL LEAGUE, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte* upon review of the record. Plaintiff filed his complaint on February 19, 2018. (DE 1). On May 9, 2018, the Court observed that there was no evidence Plaintiff had served Defendant Miami Beach – Miami LGBT Sports and Cultural League, Inc. or Defendant The Gay and Lesbian International Sport Association. Pursuant to Fed. R. Civ. P. 4(m), the Court gave Plaintiff until May 21, 2018 to file proof of service. Plaintiff failed to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Miami Beach – Miami LGBT Sports and Cultural League, Inc. and Defendant The Gay and Lesbian International Sport Association are **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in chambers in Miami, Florida, this 24 day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE