UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20628-CIV-WILLIAMS

RODNEY FERRELL,

    Plaintiff,

vs.

MIAMI BEACH-MIAMI LGBT
SPORTS & CULTURAL LEAGUE, INC., *et al.*,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT

**THIS MATTER** is before the Court on the Parties' notice of stipulation of dismissal of Plaintiff's claims against Defendant Keith Hart with prejudice. (DE 22). Upon a review of the notice and the record, it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Keith Hart are **DISMISSED with prejudice**. The Parties' motion (DE 22) is **GRANTED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of August, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE