UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20628-CIV-WILLIAMS

RODNEY FERRELL,

    Plaintiff,

vs.

MIAMI BEACH-MIAMI LGBT
SPORTS & CULTURAL LEAGUE, INC., *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the Parties' notice of stipulation of dismissal of Plaintiff's claims against the remaining Defendants, Miami Beach-Miami LGBT Sports & Cultural League, Inc., The Gay and Lesbian International Sport Association, and Ivan Cano, without prejudice. (DE 28). Upon a review of the notice and the record, it is **ORDERED AND ADJUDGED** that Plaintiff's claims against all remaining Defendants are **DISMISSED without prejudice**. All pending motions are **DENIED AS MOOT** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of September, 2018.

                                        KATHLEEN M. WILLIAMS
                                        UNITED STATES DISTRICT JUDGE